## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**DEAN WAYNE RIMER,**
        **Plaintiff,**

        **vs.**                                                            **No. CIV 17-696 SMV**

**NANCY A. BERRYHILL, Acting**
**Commissioner of the Social Security**
**Administration,**
                **Defendant.**

### ORDER TO SEAL ADMINISTRATIVE RECORD

THIS MATTER having come before the Court upon Defendant's Unopposed Motion to

Seal Administrative Record (Doc. 10), it being stated that Plaintiff concurs in the granting of the

motion, the Court having read the motion and being fully advised in the premises finds that there

is good cause for granting the motion.

IT IS HEREBY ORDERED that the administrative record lodged by Defendant in the

above-referenced case shall be permanently sealed.  Access to the administrative record shall be

limited to the Court and the case participants only.

_____

STEPHAN M. VIDMAR
United States Magistrate Judge

SUBMITTED AND APPROVED BY:

*Electronically submitted 11/1/17*
MANUEL LUCERO
Assistant United States Attorney
Attorney for Defendant

*Electronically approved 10/27/17*
MICHAEL D. ARMSTRONG
Attorneys for Plaintiff