IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEAN WAYNE RIMER,

    Plaintiff,

v.                                                                                                                                       No. 17-cv-0696 SMV

NANCY A. BERRYHILL,
**Acting Commissioner of Social Security Administration,**

    Defendant.

## ORDER SETTING BRIEFING SCHEDULE

THIS MATTER is before the Court for scheduling, and IT IS HEREBY ORDERED that:

(1)     Plaintiff shall file a Motion to Reverse or Remand Administrative Agency Decision with Supporting Memorandum no later than **January 3, 2018**;

(2)     Defendant shall file a Response no later than **February 28, 2018**;

(3)     Plaintiff may file a Reply no later than **March 28, 2018**;

(4)     All supporting memoranda filed pursuant to this Order shall cite the transcript or record in support of assertions of fact and shall cite authority in support of propositions of law; and

(5)     All requests for extensions of time altering the deadlines set in this Order shall be made through a motion to the Court. If the parties concur in seeking an extension of time, they shall submit a stipulated proposed order for Court approval.

**IT IS SO ORDERED.**

                                                                                       **STEPHAN M. VIDMAR**
                                                                                       **United States Magistrate Judge**
                                                                                       **Presiding by Consent**