# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**DEAN RIMER,**

    **Plaintiff,**

**vs.**               **No. CV 17-696 SMV**

**NANCY A. BERRYHILL, Acting**
**Commissioner of the Social Security**
**Administration,**

    **Defendant.**

## ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME

THIS MATTER coming before the Court upon Plaintiff's Unopposed Motion for Extension of Time, it being stated that opposing counsel concurs in the granting of the Motion, and the Court having read the Motion and being fully advised of the premises,

IT IS THEREFORE ORDERED that Plaintiff is granted through January 30, 2018 to serve her Motion to Reverse of Remand Administrative Agency Decision with Supporting Memorandum.

IT IS FURTHER ORDERED that Defendant is granted through April 2, 2018 to serve her Response, and Plaintiff through April 16, 2018 to serve his Reply.

              _____
              HONORABLE STEPHAN M. VIDMAR
              UNITED STATES MAGISTRATE JUDGE

Submitted and Approved By:


*/s/Michael D. Armstrong*
Michael D. Armstrong
Attorney for Plaintiff
220 Adams St. SE, Suite B
Albuquerque, NM 87108
Bus.   (505) 890-9056
Fax.   (505) 266-5860


<u>Email Approval on December 19, 2017</u>
Manuel Lucero AUSA
manny.lucero@usdoj.gov
United States Attorney's Office
District of New Mexico
P.O. Box 607
Albuquerque, NM   87103
(505) 224-1504
(505) 346-7205 fax