## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**DEAN WAYNE RIMER,**

    **Plaintiff,**

**v.**                                                                                     **No. 17-cv-0696 SMV**

**NANCY A. BERRYHILL,**
**Acting Commissioner of Social Security Administration,**

    **Defendant.**

## **JUDGMENT**

Having denied Plaintiff's Motion to Reverse and Remand for a Rehearing with Supporting Memorandum [Doc. 18] by a Memorandum Opinion and Order entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Defendant.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**